UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA CHYBA, | Civil No. 12cv2529 H(RBB) |
| Plaintiff, | ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE |
| v. | |
| REAL TIME SOLUTIONS, INC. a.k.a. REAL TIME a.k.a. REAL-TIME, | |
| Defendant. | |

On January 24, 2013, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any objections to initial disclosure will be resolved as required by rule 26.

    2.    The rule 26(f) conference shall be completed on or before February 19, 2013.

    3.    No discovery plan is required.

    4.    The initial disclosures pursuant to rule 26(a)(1)(A-D) shall occur on or before March 5, 2013.

    5.    A telephonic, attorneys-only settlement disposition conference will be held on <u>March 5, 2013, at 8:30 a.m.</u> in the chambers of Magistrate Judge Brooks **UNLESS THE ORIGINAL SIGNED JOINT MOTION TO DISMISS THIS CASE IS E-FILED PRIOR TO THAT TIME AND A PROPOSED ORDER GRANTING THE JOINT MOTION IS E-MAILED TO THE ASSIGNED DISTRICT JUDGE**. If a signed Joint Motion cannot be e-filed before the date indicated above, counsel shall contact the chambers of Magistrate Judge Brooks at least one court day before the date indicated above to explain the reasons therefor. **If the parties wish to consent to continuing magistrate judge jurisdiction, a consent form signed by parties and counsel shall accompany the stipulation for dismissal. Consent forms are available in the Clerk's Office or on-line. Monetary sanctions shall be imposed for failure to comply with this order**. Counsel for Defendant is to initiate the call.

    Failure of any counsel or party to comply with this order may result in sanctions.

    IT IS SO ORDERED.

DATED: January 25, 2013

                                      Ruben B. Brooks
                                      United States Magistrate Judge

cc:
Judge Huff
All Parties of Record